

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:25-cr-00045 |
| v. | ) | |
| | ) | 8 U.S.C. § 1326(a) |
| | ) | 18 U.S.C. § 922(g)(5) |
| JOSE GUADALUPE VAZQUEZ-DELGADO | ) | 18 U.S.C. § 924 |

# I N D I C T M E N T

### COUNT ONE

THE GRAND JURY CHARGES:

On or about February 26, 2023, in the Middle District of Tennessee, the defendant, **JOSE GUADALUPE VAZQUEZ-DELGADO**, knowing he was an alien illegally and unlawfully in the United States, knowingly possessed, in and affecting commerce, ammunition, to wit: 9mm cartridge casings bearing head stamp markings "WIN 9mm Luger" and "SPEER 9mm Luger," said ammunition having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924.

### COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about February 26, 2023, in the Middle District of Tennessee, the defendant, **JOSE GUADALUPE VAZQUEZ-DELGADO**, an alien, attempted to enter, entered, and was found in the United States after having been removed, excluded, and deported therefrom on or about October 17, 2011, at or near Laredo, Texas, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL



FOREPERSON

ROBERT E. McGUIRE
ACTING UNITED STATES ATTORNEY

AHMED A. SAFEEULLAH
ASSISTANT UNITED STATES ATTORNEY

2